IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00203-RJC-DCK

| | |
|---|---|
| USA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| RAPHAEL LAMAR SHANNON, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 18), the Indictment, (Doc. No. 3), without prejudice, following his guilty plea to related charges in Case No. 3:19-cr-204.

**IT IS ORDERED** that the Government's motion, (Doc. No. 18), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: November 15, 2019

Robert J. Conrad, Jr.
United States District Judge